Trenton                                                October 14, 2009
OFFICE                                                 DATE OF PROCEEDINGS

JUDGE: DOUGLAS E. ARPERT, U.S.M.J.
DIGITALLY RECORDED TITLE OF
CASE:

                                                       08-CV-2060 (JAP)

ROBERT T. JONES, ET AL.

      V.

SYNTHES, INC., ET AL.

**APPEARANCES VIA TELEPHONE:**

Chris Morgan, on behalf of Plaintiff.
David Covey and Barry Gertsman, on behalf of
Defendants..

**NATURE OF PROCEEDING:** Telephone conference held re: Letter Application to preclude the report of Warren Liebman. Application taken under advisement.

Commenced: 12:34 pm                              S/Charmaine Ellington
Adjourned: 12:52 am                                  Deputy Clerk