UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON OFFICE

DATE OF PROCEEDING: 05/24/2010
CIVIL DOCKET N0.: 08-2060(JAP)

JUDGE JOEL A. PISANO
COURT REPORTER :   Joanne Caruso
COURTROOM DEPUTY:   Dana Sledge

TITLE OF CASE:
Robert Jones, et al.,
vs.
Synthes, Inc., et al.,

APPEARANCES:
Chris Morgan, Esq., for plaintiffs
David Covey & Richard Barber, Esqs., for Synthes

NATURE OF PROCEEDING:
Oral argument held.

 Defendants motion for summary judgment [#34] - Decision reserved.
The court will submit an appropriate order.

TIME COMMENCED 10:00 a.m. TIME ADJOURNED 11:00 a.m.

s/Dana Sledge, Courtroom Deputy