**CLOSED**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT JONES and KRISTA JONES, : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action No. 08-2060 (JAP) |
| v. : | |
| : | **ORDER** |
| SYNTHES USA SALES, LLC, SYNTHES USA : | |
| PRODUCTS, LLC, JOHN DOES 1-5, and : | |
| ABC CORP. 1-5, : | |
| : | |
| Defendants. : | |

PISANO, District Judge.

Presently before the Court is a motion for summary judgment filed by Defendants (Dkt. # 34). For the reasons set forth in the accompanying Opinion,

**IT IS** on this 19th day of August, 2010,

**ORDERED** Defendants' motion for summary judgment (Dkt. # 34) is **GRANTED**, and the case is **CLOSED**.

**SO ORDERED**.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.